313957-00264

**Fill in this information to identify the case:**

Debtor 1  Bruce Warren Gardner

Debtor 2
(Spouse, if filling)

United States Bankruptcy Court for the District of South Carolina

Case Number  17-04809+dd

# Official Form 4100R
## Response to Notice of Final Cure Payment                               12/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment**

### Part 1:  Mortgage Information

**Name of Creditor:**    U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust

**Court Claim no. (if known):**    7

**Last 4 digits** of any number you use to identify the debtor's account  0054

Property address:  412 Glenzell Ln
                   Orangeburg, SC 29115

### Part 2:  Prepetition Default Payments

*Check one:*
☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
   On the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
   on creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
   of this response is:                                                                                        $_____

### Part 3:  Postpetition Mortgage Payment

*Check one:*
☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
   the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the Debtor(s) is due on :    01/01/23
                                                                   MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
   of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                                          (a) $_____

   b. Total fees, charges, expenses, escrow, and costs outstanding:                                   + (b) $_____

   c. **Total**. Add lines a and b.                                                                      (c) $_____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payments(s) that first became
   due on:                                                        ___/___/___
                                                                  MM/DD/YYYY

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 4:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**


X  /s/Brian P. Yoho                                              Date  12 / 27 / 2022
   Signature


Print:       Brian P. Yoho                                       Title: Bankruptcy Attorney
Company      Rogers Townsend, LLC
Address      P. O. Box 100200
             Columbia, SC 29202
             Telephone: (803)744-7444

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

IN RE:

Bruce Warren Gardner,

Debtor(s).

CHAPTER 13
CASE NO.: 17-04809+dd

CERTIFICATE OF SERVICE

I, the undersigned employee of Rogers Townsend, LLC, do hereby certify that a copy of the Response to Notice of Final Cure was served on the following parties:

Bruce Warren Gardner (via US Mail)
237 YMCA Road
Lexington, SC 29073

Latonya D Edwards, Esquire (via electronic service)
Dilligard Edwards, LLC
113 Executive Pointe Boulevard, Suite 204
Columbia, SC 29210

Pamela Simmons-Beasley (via electronic service)
Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC 29210

/s/ Ressie Register
Rogers Townsend, LLC
Ressie Register, Bankruptcy Paralegal
Post Office Box 100200
Columbia, SC  29202-3200
(803) 744-4444

Columbia, South Carolina
December 27, 2022